UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ANTHONY FLOWERS, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) No. 3:22-cv-00113-MPB-MJD |
| TAYLOR, et al., | ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The action is **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED.

Date: 5/3/2023

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Tricia M. Blanford_
Deputy Clerk, U.S. District Court

Distribution:

ANTHONY FLOWERS
1802 Culver Drive
Evansville, IN 47713

Bernard Lobermann, IV
Ziemer Stayman Weitzel & Shoulders, LLP
blobermann@zsws.com